USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANKIE MONEGRO,

                Plaintiff,

      - against -

POLO DIGITAL ASSETS, LTD.,

                Defendant.
------------------------------------------------------------X

21-CV-4644 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 14, 2021, Plaintiff filed an amended complaint, substituting Defendant Poloniex, LLC for Polo Digital Assets, Ltd. (Dkts. 6-8.) However, it does not appear that Plaintiff has requested a summons or served Defendant Polo Digital Assets, Ltd. Accordingly, Plaintiff shall properly serve Defendant and post proof of service on the docket by October 7, 2021.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2021
       New York, New York

Copies transmitted this date to all counsel of record.